In the Matter of MILTON M. BERGERMAN, Individually and as Chairman of the Citizens Union of the City of New York, Respondent, against THOMAS F. MURPHY et al., Constituting the Board of Trustees of the Police Pension Fund of the City of New York, Respondents, and JAMES F. FUREY et al., Appellants.

Argued December 3, 1951; decided January 10, 1952.

*James M. Landis, Charles Haydon* and *George J. Solomon* for James E. Furey and another, appellants.

*Samuel D. Smoleff* for Milton M. Bergerman, petitioner-respondent.

*Denis M. Hurley, Corporation Counsel* (*Seymour B. Quel* and *Andrew Bellanca* of counsel), for Board of Trustees of Police Pension Fund of City of New York, respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.